CHARLES E. HUBBELL et al., Appellants, *v.* DANIEL BUHLER et al., Respondents, Impleaded, etc., et al., Appellants.

(Argued March 19, 1889; decided April 23, 1889.)

APPEAL from order of General Term of the Supreme Court in the fourth judicial department, made November 13, 1888, which reversed in part an order of Special Term upon hearing of exceptions to report of a referee stating accounts of receiver; also, appeal from an order of said General Term of same date reversing an order of Special Term denying a motion to resettle the order of General Term first appealed from.

*W. G. Tracy* for Hubbell et al., appellants.

*Payson Merrill* for Richards et al., appellants.

*A. R. Dyett* for respondents.

Agree to reverse on opinion of WILLIAMS, J., below.

All concur, except RUGER, Ch. J., who reads for affirmance, and DANFORTH, J., concurring.

Order reversed.